IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LATHEDA RUTH WILLIAMS,** | ) | **8:09CV458** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant's motion to remand (Filing No. 19) is granted;

2. The decision of the ALJ is reversed; and

3. This action is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the accompanying Memorandum and Order.

DATED this 16th day of August, 2010.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge