IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LATHEDA RUTH WILLIAMS,** ) | **CASE NO. 8:09CV458** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER, SOCIAL** ) | |
| **SECURITY ADMINISTRATION,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the motion for attorney fees (Filing No. 23) filed by the Plaintiff, Latheda Ruth Williams. The motion is filed under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and is supported by an itemization of services submitted by Gregory W. Peterson, attorney for the Plaintiff (Filing No. 24). The Court also notes the response submitted by the Defendant, the Commissioner of Social Security (Filing No. 25).

This Court entered Judgment reversing this matter and remanding the case for further proceedings. The total amount requested is $4,490.00 (2.8 hours performed during 2009, at $173.75 per hour; 22.9 hours of work performed in 2010, at $174.87). The Commissioner does not contest the requested amount. After reviewing the record and the applicable law, the Court determines that the request is appropriate.

IT IS ORDERED:

1. The Plaintiff's motion for attorney fees (Filing No. 23) is granted; and

2. The Plaintiff is awarded attorney fees in the amount of $4,490.00, payable to Gregory W. Peterson, Plaintiff's attorney.

DATED this 26th day of August, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge